**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Harold Dejuan CHATMAN, Defendant—Appellant.**

No. 04–7730.

United States Court of Appeals, Fourth Circuit.

Submitted April 28, 2005.

Decided May 4, 2005.

Harold Dejuan Chatman, Appellant pro se. Thomas Richard Ascik, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Harold Dejuan Chatman appeals the district court's order denying his "Motion for Transcripts." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Chatman,* No. CR–02–105 (W.D.N.C. Sept. 23, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*